UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                          **Case No: 2:15-cr-340-CEM-SRW**

**ALTA LEE JUNIOR WILLIAMS**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant Alta Lee Junior Williams' Motion to Suppress ("Motion," Doc. 39). On January 19, 2016, this Court denied Defendant's Motion in part for failure to present sufficient evidence to merit a hearing as to one of his requested grounds for relief. (Jan. 19, 2016 Order, Doc. 69, 1–2). However, the remaining arguments raised in the Motion were sufficient to warrant a hearing. Accordingly, a hearing was held before United States Magistrate Judge Susan Russ Walker on January 11, 2016. (*See* Min. Entry, Doc. 58, at 1). Thereafter, Judge Walker submitted a Report and Recommendation (Doc. 71), which recommends that the remainder of the Motion be denied. (R. & R. at 13). Judge Walker further ordered that, due to exigent circumstances created by Defendant's untimely filing of the Motion, any objection to the Report and Recommendation had to be filed on or before January 22, 2016, at 8 a.m. (*Id.* at 13 & n.12).

After an independent *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 71) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Suppress (Doc. 39) is **DENIED**.

**DONE** and **ORDERED** on January 22, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record